DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

BURGANDIE MARQUEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0986

————————————————

May 22, 2026

Appeal from the Circuit Court for Pinellas County; Philip J. Federico, Judge.

Blair Allen, Public Defender, and Matthew J. Salvia, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

LaROSE, LABRIT, and GUARD, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.